| | |
|---|---|
| 1 | SEYFARTH SHAW LLP |
|   | Francis J. Ortman, III (State Bar No. 213202) fortman@seyfarth.com |
| 2 | Robb D. McFadden (State Bar No. 258569) rmcfadden@seyfarth.com |
|   | 560 Mission Street, Suite 3100 |
| 3 | San Francisco, California 94105 |
|   | Telephone: (415) 397-2823 |
| 4 | Facsimile: (415) 397-8549 |
| 5 | SEYFARTH SHAW LLP |
|   | Brandon R. McKelvey (State Bar No. 217002) bmckelvey@seyfarth.com |
| 6 | 400 Capitol Mall, Suite 2350 |
|   | Sacramento, California 95814-4428 |
| 7 | Telephone: (916) 448-0159 |
|   | Facsimile: (916) 558-4839 |
| 8 | |
|   | Attorneys for Defendant |
| 9 | 3M COMPANY |
| 10 | HARRISON PATTERSON & O'CONNOR LLP |
|   | James R. Patterson (State Bar No. 211102) |
| 11 | 402 West Broadway, Suite 2900 |
|   | San Diego, California 92101 |
| 12 | Telephone:  (619) 756-6990 |
|   | Facsimile:   (619) 756-6991 |
| 13 | |
|   | JACZKO GODDARD LLP |
| 14 | J. Christopher Jaczko (State Bar No. 149317) cjaczko@jaczkogoddard.com |
|   | Allison H. Goddard (State Bar No. 211098) |
| 15 | 4401 Eastgate Mall |
|   | San Diego, California 92121 |
| 16 | Telephone:  (858) 404-9205 |
|   | Facsimile:  (858) 225-3500 |
| 17 | |
|   | Attorneys for Plaintiff |
| 18 | LARA ALBERTSEN |

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LARA ALBERTSEN, | ) | Case No.: C 10-04610 SBA |
|  | ) | |
| Plaintiff, | ) | **STIPULATION OF PLAINTIFF LARA ALBERTSEN AND DEFENDANT 3M COMPANY TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER** |
|  | ) | |
| vs. | ) | |
|  | ) | |
| 3M COMPANY, | ) | |
|  | ) | |
| Defendant. | ) | |
|  | ) | |

///

///

1

Stipulation of Plaintiff and Defendant to Continue Case
Management Conference / Case No. C 10-04610 SBA

1  WHEREAS, the original deadline for 3M Company ("Defendant") to file a responsive pleading to Lara Albertsen's ("Plaintiff") (collectively, the "parties") Complaint was on December 1, 2010;

WHEREAS, on November 23, 2010, the parties conferred and agreed pursuant to Local Rule 6-1(a) and stipulated to extend the deadline for Defendant to file a responsive pleading to the Complaint to January 14, 2011;

WHEREAS, this case was thereafter reassigned to this Court and the Court issued a Case Management Scheduling Order on December 1, 2010 setting a Case Management Conference for January 27, 2011 at 3:45 p.m.

WHEREAS, the parties have met and conferred and have agreed that additional time is needed to comply with the requirements of F.R.C.P. 26 and that the parties will be in a better position to comply with these requirements following the filing of a responsive pleading on January 14, 2011; and

WHEREAS, pursuant to Local Rule 16-2(e) and 7-12 the parties have stipulated to continue the Case Management Conference and reschedule it for a date that is convenient to this Court on or after March 4, 2011.

THEREFORE, the parties STIPULATE and agree as follows:

(1)  That the Case Management Conference scheduled for January 27, 2011 at 3:45 p.m. be rescheduled to a date and time convenient to this Court on or after March 4, 2011; and

(2)  That all Rule 26 Meet and Confer deadlines be continued and re-calendared based on the date of the rescheduled Case Management Conference.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | DATED: December 29, 2010 | SEYFARTH SHAW LLP |

By_____/s/_____
        Francis J. Ortman, III
        Brandon R. McKelvey
        Robb D. McFadden
Attorneys for Defendant
3M COMPANY

DATED: December 29, 2010                    JACZKO GODDARD LLP

BY_____/s/_____
        J. Christopher Jaczko
Attorneys for Plaintiff
LARA ALBERTSEN

**ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES, and finding good cause therein, IT IS HEREBY ORDERED that the:

Case Management Conference scheduled for January 27, 2011 at 3:45 p.m. be rescheduled to May 4, 2011 at 3:15 p.m.

**Plaintiff's** counsel is to set up the conference call with all the parties on the line and call chambers at (510) 637-3550.  (**No party shall contact chambers directly without prior authorization of the Court.**)

Plaintiff(s) is directed to serve a copy of this Order at once on all parties to this action in accordance with the provisions of Rule 5 of the Federal Rules of Civil Procedure not enrolled in the e-filing program. Following service, the party causing the service shall file a certificate of service with the Clerk of Court.

**IT IS SO ORDERED.**

DATED:_1/5/11

*Saundra B. Armstrong*
HON. SAUNDRA BROWN ARMSTRONG
UNITED STATED DISTRICT COURT JUDGE