SEYFARTH SHAW LLP
Francis J. Ortman, III (State Bar No. 213202) fortman@seyfarth.com
Robb D. McFadden (State Bar No. 258569) rmcfadden@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

SEYFARTH SHAW LLP
Brandon R. McKelvey (State Bar No. 217002) bmckelvey@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

Attorneys for Defendant
3M COMPANY

HARRISON PATTERSON & O'CONNOR LLP
James R. Patterson (State Bar No. 211102)
402 West Broadway, Suite 2900
San Diego, California 92101
Telephone: (619) 756-6990
Facsimile: (619) 756-6991

JACZKO GODDARD LLP
J. Christopher Jaczko (State Bar No. 149317) cjaczko@jaczkogoddard.com
Allison H. Goddard (State Bar No. 211098)
4401 Eastgate Mall
San Diego, California 92121
Telephone: (858) 404-9205
Facsimile: (858) 225-3500

Attorneys for Plaintiff
LARA ALBERTSEN

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARA ALBERTSEN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>3M COMPANY,<br><br>　　　　Defendant. | Case No.: C 10-04610 SBA<br><br>**STIPULATION OF PLAINTIFF LARA ALBERTSEN AND DEFENDANT 3M COMPANY TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

///

///

1
Stipulation of Plaintiff and Defendant to Continue Case
Management Conference / Case No. C 10-04610 SBA

WHEREAS, on January 5, 2011, the Court continued the Case Management Conference in this matter pursuant to the parties' Stipulation to May 4, 2011 [Doc. No. 11];

WHEREAS, on January 21, 2011, Plaintiff Lara Albertsen ("Plaintiff") filed a First Amended Complaint [Doc. No. 13];

WHEREAS, on February 4, 2011, Defendant 3M Company ("Defendant") filed an Answer to the First Amended Complaint;

WHEREAS, the parties met and conferred in person on April 8, 2011 to discharge their obligations under Fed. R. Civ. P. 26 and to discuss the potential of mediating this matter;

WHEREAS, the parties agree that additional time is needed to continue discussions regarding the possibility of mediation; and

WHEREAS, pursuant to Local Rule 16-2(e) and 7-12 the parties have stipulated to continue the Case Management Conference and reschedule it for a date that is convenient to this Court on or after June 6, 2011.

THEREFORE, the parties STIPULATE and agree as follows:

(1) That the Case Management Conference scheduled for May 4, 2011 at 3:15 p.m. be rescheduled to a date and time convenient to this Court on or after June 6, 2011; and

(2) That all Rule 26 Meet and Confer deadlines be continued and re-calendared based on the date of the rescheduled Case Management Conference.

**IT IS SO STIPULATED.**

DATED: April 22, 2011                  SEYFARTH SHAW LLP

By_____/s/_____
      Francis J. Ortman, III
      Brandon R. McKelvey
      Robb D. McFadden
Attorneys for Defendant
3M COMPANY

1 | DATED: April 22, 2011                                  JACZKO GODDARD LLP

BY_____/s/_____
        J. Christopher Jaczko
Attorneys for Plaintiff
LARA ALBERTSEN

---

3
Stipulation of Plaintiff and Defendant to Continue Case
Management Conference / Case No. C 10-04610 SBA

1 **ORDER**

PURSUALT TO THE STIPULATION OF THE PARTIES, and finding good cause therein, IT IS HEREBY ORDERED that the:

Case Management Conference scheduled for May 4, 2011 at 3:15 p.m. be rescheduled to _____ JULY 7 _____, 2011.  AT 3:30 P.M.

**Plaintiff's** counsel is to set up the conference call with all the parties on the line and call chambers at (510) 637-3550.  (**No party shall contact chambers directly without prior authorization of the Court.**)

Plaintiff(s) is directed to serve a copy of this Order at once on all parties to this action in accordance with the provisions of Rule 5 of the Federal Rules of Civil Procedure not enrolled in the e-filing program. Following service, the party causing the service shall file a certificate of service with the Clerk of Court.

**IT IS SO ORDERED.**

DATED: 4/29/11 _____     _____
                                   HON. SAUNDRA BROWN ARMSTRONG
                                   UNITED STATED DISTRICT COURT JUDGE

13005067v.1 / 59096-000005

4

Stipulation of Plaintiff and Defendant to Continue Case
Management Conference / Case No. C 10-04610 SBA