1 | SEYFARTH SHAW LLP
Francis J. Ortman, III (State Bar No. 213202) fortman@seyfarth.com
2 | Robb D. McFadden (State Bar No. 258569) rmcfadden@seyfarth.com
560 Mission Street, Suite 3100
3 | San Francisco, California 94105
Telephone: (415) 397-2823
4 | Facsimile: (415) 397-8549

5 | SEYFARTH SHAW LLP
Brandon R. McKelvey (State Bar No. 217002) bmckelvey@seyfarth.com
6 | 400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
7 | Telephone: (916) 448-0159
Facsimile: (916) 558-4839
8 |
Attorneys for Defendant
9 | 3M COMPANY

10 | HARRISON PATTERSON & O'CONNOR LLP
James R. Patterson (State Bar No. 211102)
11 | 402 West Broadway, Suite 2900
San Diego, California 92101
12 | Telephone: (619) 756-6990
Facsimile: (619) 756-6991
13 |
JACZKO GODDARD LLP
14 | J. Christopher Jaczko (State Bar No. 149317) cjaczko@jaczkogoddard.com
Allison H. Goddard (State Bar No. 211098)
15 | 4401 Eastgate Mall
San Diego, California 92121
16 | Telephone: (858) 404-9205
Facsimile: (858) 225-3500
17 |
Attorneys for Plaintiff
18 | LARA ALBERTSEN

19 | UNITED STATES DISTRICT COURT

20 | IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

21 | LARA ALBERTSEN,                ) Case No.: C 10-04610 SBA
                                    )
22 |       Plaintiff,                ) **STIPULATION OF PLAINTIFF LARA**
                                    ) **ALBERTSEN AND DEFENDANT 3M**
23 |   vs.                           ) **COMPANY TO CONTINUE CASE**
                                    ) **MANAGEMENT CONFERENCE;**
24 | 3M COMPANY,                    ) **[PROPOSED] ORDER**
                                    )
25 |       Defendant.                )
                                    )
26 |
27 | ///
28 | ///

1    WHEREAS, on May 2, 2011, the Court continued the Case Management Conference in
2 this matter pursuant to the parties' Stipulation to July 7, 2011 [Doc. No. 17];
3    WHEREAS, the parties met and conferred in person on April 8, 2011 to discharge their
4 obligations under Fed. R. Civ. P. 26 and to discuss the potential of mediating this matter and
5 discuss the possibility of an early resolution of this action;
6    WHEREAS, the parties have scheduled a mediation on July 27, 2011 before the
7 Honorable William C. Pate (Retired); and
8    WHEREAS, pursuant to Local Rule 16-2(e) and 7-12 the parties have stipulated to
9 continue the Case Management Conference and reschedule it for a date that is convenient to this
10 Court on or after August 31, 2011.
11    THEREFORE, the parties STIPULATE and agree as follows:
12    (1)    That the Case Management Conference scheduled for July 7, 2011 at 3:30 p.m. be
13 rescheduled to a date and time convenient to this Court on or after August 31, 2011; and
14    (2)    That all Rule 26 Meet and Confer deadlines be continued and re-calendared based
15 on the date of the rescheduled Case Management Conference.
16    **IT IS SO STIPULATED.**

DATED: June 24, 2011                            SEYFARTH SHAW LLP


                                                By_____/s/_____
                                                      Francis J. Ortman, III
                                                      Brandon R. McKelvey
                                                      Robb D. McFadden
                                                Attorneys for Defendant
                                                3M COMPANY


DATED: June 24, 2011                            JACZKO GODDARD LLP


                                                BY_____/s/_____
                                                      Allison H. Goddard
                                                Attorneys for Plaintiff
                                                LARA ALBERTSEN

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, and finding good cause therein, IT IS HEREBY ORDERED that the:

Case Management Conference scheduled for July 7, 2011 at 3:30 p.m. be rescheduled to **September 29, 2011 at 3:15 p.m.** Prior to the date scheduled for the conference, the parties shall meet and confer and prepare a joint Case Management Conference Statement. The joint statement shall be filed no later than seven (7) days prior to the conference and shall comply with the Standing Order for All Judges of the Northern District of California and the Standing Order of this Court.

**Plaintiff's** counsel is to set up the conference call with all the parties on the line and call chambers at (510) 637-3550. (**No party shall contact chambers directly without prior authorization of the Court.**)

Plaintiff(s) is directed to serve a copy of this Order at once on all parties to this action in accordance with the provisions of Rule 5 of the Federal Rules of Civil Procedure not enrolled in the e-filing program. Following service, the party causing the service shall file a certificate of service with the Clerk of Court.

**IT IS SO ORDERED.**

DATED: 7-6-11

_____
HON. SAUNDRA BROWN ARMSTRONG
UNITED STATED DISTRICT COURT JUDGE

13005067v.1 / 59096-000005