UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARA ALBERTSEN, Individually and on Behalf of All Others Similarly Situated, as Class Representatives,<br><br>   Plaintiff,<br><br>v.<br><br>3M COMPANY, a Delaware Corporation,<br><br>   Defendant. | Case No.: CV 10- 04610 ~~DMR~~ SBA<br><br>**ORDER APPROVING SUBSTITUTION OF COUNSEL** |

On July 15, 2011, Plaintiff's lead counsel James R. Patterson, filed a Notice of Substitution of Counsel pursuant to Civil Local Rule 83.3 (g)(2). Having reviewed the notice, the Court hereby APPROVES of the substitution. Patterson Law Group, APC is substituted in as counsel for Plaintiff, in place and stead of Harrison Patterson & O'Connor, LLP.

**IT IS SO ORDERED.**

Dated: 7-21-11

_____
United State District Judge

-1-