1  SEYFARTH SHAW LLP
   Francis J. Ortman, III (State Bar No. 213202) fortman@seyfarth.com
2  Robb D. McFadden (State Bar No. 258569) rmcfadden@seyfarth.com
   560 Mission Street, Suite 3100
3  San Francisco, California 94105
   Telephone: (415) 397-2823
4  Facsimile: (415) 397-8549

5  SEYFARTH SHAW LLP
   Brandon R. McKelvey (State Bar No. 217002) bmckelvey@seyfarth.com
6  400 Capitol Mall, Suite 2350
   Sacramento, California 95814-4428
7  Telephone: (916) 448-0159
   Facsimile: (916) 558-4839
8
   Attorneys for Defendant
9  3M COMPANY

10 PATTERSON LAW GROUP, APC
   Allison H. Goddard (State Bar No. 211098) ali@pattersonlawgroup.com
11 James R. Patterson (State Bar No. 211102) jim@pattersonlawgroup.com
   402 West Broadway, Suite 2900
12 San Diego, California 92101
   Telephone:  (619) 756-6990
13 Facsimile:   (619) 756-6991

14 JACZKO GODDARD LLP
   J. Christopher Jaczko (State Bar No. 149317) cjaczko@jaczkogoddard.com
15 4401 Eastgate Mall
   San Diego, California 92121
16 Telephone:  (858) 404-9205
   Facsimile:  (858) 225-3500
17
   Attorneys for Plaintiff
18 LARA ALBERTSEN

19                UNITED STATES DISTRICT COURT

20             IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

21 LARA ALBERTSEN,                        )  Case No.: C 10-04610 SBA
                                          )
22         Plaintiff,                     )  **STIPULATION OF PLAINTIFF LARA**
                                          )  **ALBERTSEN AND DEFENDANT 3M**
23    vs.                                 )  **COMPANY TO CONTINUE CASE**
                                          )  **MANAGEMENT CONFERENCE;**
24 3M COMPANY,                            )  **[PROPOSED] ORDER**
                                          )
25         Defendant.                     )
                                          )
26

27 ///

28 ///

1

Stipulation of Plaintiff and Defendant to Continue Case
Management Conference / Case No. C 10-04610 SBA

1    WHEREAS, on January 5, 2011, the Court continued the Case Management Conference in this matter pursuant to the parties' Stipulation to May 4, 2011 [Doc. No. 11];

2    WHEREAS, on January 21, 2011, Plaintiff Lara Albertsen ("Plaintiff") filed a First Amended Complaint [Doc. No. 13];

3    WHEREAS, on February 4, 2011, Defendant 3M Company ("Defendant") filed an Answer to the First Amended Complaint;

4    WHEREAS, the parties met and conferred in person on April 8, 2011 to discharge their obligations under Fed. R. Civ. P. 26 and to discuss potential settlement of this matter;

5    WHEREAS, on September 21, 2011, the Court continued the Case Management Conference in this matter pursuant to the parties' Stipulation to November 30, 2011 [Doc. No. 24];

6    WHEREAS, the parties participated in a mediation with Michael L. Wolfram on September 21, 2011 in San Francisco, California;

7    WHEREAS, the parties agree that additional time is needed to continue discussions exploring settlement; and,

8    WHEREAS, pursuant to Local Rule 16-2(e) and 7-12 the parties have stipulated to continue the Case Management Conference scheduled for November 30, 2011 and reschedule it for a date that is convenient to this Court on or after January 5, 2012.

THEREFORE, the parties STIPULATE and agree as follows:

(1)   That the Case Management Conference scheduled for November 30, 2011 at 3:30 p.m. be rescheduled to a date and time convenient to this Court on or after January 5, 2012;

(2)   That all Rule 26 Meet and Confer deadlines be continued and re-calendared based on the date of the rescheduled Case Management Conference; and

(3)   The parties may request that the new deadline for submitting a Joint Case Management Statement be converted to a Joint or Unopposed Motion for Preliminary Approval of Settlement.

1 | **IT IS SO STIPULATED.**

2

3 | DATED: November 28, 2011                         SEYFARTH SHAW LLP

4

5 |                                                                           By_____/s/_____
                                                                                      Francis J. Ortman, III
6 |                                                                                    Brandon R. McKelvey
                                                                                      Robb D. McFadden
7 |                                                                           Attorneys for Defendant
                                                                              3M COMPANY
8

9 | DATED: November 28, 2011                         PATTERSON LAW GROUP APC

10

11 |                                                                          BY_____/s/_____
                                                                                      James R. Patterson
12 |                                                                          Attorneys for Plaintiff
                                                                              LARA ALBERTSEN

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, and finding good cause therein, IT IS HEREBY ORDERED that the:

Case Management Conference scheduled for November 30, 2011 at 3:30 p.m. is continued to **January 19, 2012 at 3:30 p.m.**  All Rule 26 Meet and Confer deadlines are continued and re-calendared based on the date of the rescheduled Case Management Conference. **Absent unforeseen exigent circumstances, no further continuances of the Case Management Conference will be granted.**

**Plaintiff's** counsel is to set up the conference call with all the parties on the line and call chambers at (510) 637-3559.  (**No party shall contact chambers directly without prior authorization of the Court.**)

Plaintiff(s) is directed to serve a copy of this Order at once on all parties to this action in accordance with the provisions of Rule 5 of the Federal Rules of Civil Procedure not enrolled in the e-filing program. Following service, the party causing the service shall file a certificate of service with the Clerk of Court.

**IT IS SO ORDERED.**

DATED: 11-29-11

HON. SAUNDRA BROWN ARMSTRONG
UNITED STATED DISTRICT COURT JUDGE