SEYFARTH SHAW LLP
Francis J. Ortman, III (State Bar No. 213202) fortman@seyfarth.com
Robb D. McFadden (State Bar No. 258569) rmcfadden@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

SEYFARTH SHAW LLP
Brandon R. McKelvey (State Bar No. 217002) bmckelvey@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

Attorneys for Defendant
3M COMPANY

PATTERSON LAW GROUP, APC
Allison H. Goddard (State Bar No. 211098) ali@pattersonlawgroup.com
James R. Patterson (State Bar No. 211102) jim@pattersonlawgroup.com
402 West Broadway, Suite 2900
San Diego, California 92101
Telephone:  (619) 756-6990
Facsimile:   (619) 756-6991

JACZKO GODDARD LLP
J. Christopher Jaczko (State Bar No. 149317) cjaczko@jaczkogoddard.com
4401 Eastgate Mall
San Diego, California 92121
Telephone:  (858) 404-9205
Facsimile:  (858) 225-3500

Attorneys for Plaintiff
LARA ALBERTSEN

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARA ALBERTSEN, | Case No.: C 10-04610 SBA |
| Plaintiff, | **STIPULATION OF PLAINTIFF LARA ALBERTSEN AND DEFENDANT 3M COMPANY TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |
| vs. | |
| 3M COMPANY, | |
| Defendant. | |

///

///

1

1       WHEREAS, on January 5, 2011, the Court continued the Case Management Conference
2  in this matter pursuant to the parties' Stipulation to May 4, 2011 [Doc. No. 11];
3       WHEREAS, on January 21, 2011, Plaintiff Lara Albertsen ("Plaintiff") filed a First
4  Amended Complaint [Doc. No. 13];
5       WHEREAS, on February 4, 2011, Defendant 3M Company ("Defendant") filed an
6  Answer to the First Amended Complaint;
7       WHEREAS, the parties met and conferred in person on April 8, 2011 to discharge their
8  obligations under Fed. R. Civ. P. 26 and to discuss potential settlement of this matter;
9       WHEREAS, on September 21, 2011, the Court continued the Case Management
10  Conference in this matter pursuant to the parties' Stipulation to November 30, 2011 [Doc. No.
11  24];
12       WHEREAS, the parties participated in a mediation with Michael L. Wolfram on
13  September 21, 2011 in San Francisco, California;
14       WHEREAS, the parties agree that additional time is needed to continue discussions
15  exploring settlement; and,
16       WHEREAS, pursuant to Local Rule 16-2(e) and 7-12 the parties have stipulated to
17  continue the Case Management Conference scheduled for November 30, 2011 and reschedule it
18  for a date that is convenient to this Court on or after January 5, 2012.
19       THEREFORE, the parties STIPULATE and agree as follows:
20       (1)    That the Case Management Conference scheduled for November 30, 2011 at 3:30
21  p.m. be rescheduled to a date and time convenient to this Court on or after January 5, 2012;
22       (2)    That all Rule 26 Meet and Confer deadlines be continued and re-calendared based
23  on the date of the rescheduled Case Management Conference; and
24       (3)    The parties may request that the new deadline for submitting a Joint Case
25  Management Statement be converted to a Joint or Unopposed Motion for Preliminary Approval
26  of Settlement.
27
28

1 **IT IS SO STIPULATED.**

2

3 DATED: November 28, 2011                    SEYFARTH SHAW LLP

4

5                                             By_____/s/_____
                                                    Francis J. Ortman, III
6                                                   Brandon R. McKelvey
                                                    Robb D. McFadden
7                                             Attorneys for Defendant
                                              3M COMPANY
8

9 DATED: November 28, 2011                    PATTERSON LAW GROUP APC

10

11                                            BY_____/s/_____
                                                    James R. Patterson
12                                            Attorneys for Plaintiff
                                              LARA ALBERTSEN

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, and finding good cause therein, IT IS HEREBY ORDERED that the:

Case Management Conference scheduled for November 30, 2011 at 3:30 p.m. is continued to **January 19, 2012 at 3:30 p.m.**  All Rule 26 Meet and Confer deadlines are continued and re-calendared based on the date of the rescheduled Case Management Conference. **Absent unforeseen exigent circumstances, no further continuances of the Case Management Conference will be granted.**

**Plaintiff's** counsel is to set up the conference call with all the parties on the line and call chambers at (510) 637-3559.  (**No party shall contact chambers directly without prior authorization of the Court.**)

Plaintiff(s) is directed to serve a copy of this Order at once on all parties to this action in accordance with the provisions of Rule 5 of the Federal Rules of Civil Procedure not enrolled in the e-filing program. Following service, the party causing the service shall file a certificate of service with the Clerk of Court.

**IT IS SO ORDERED.**

DATED: 11-29-11

_____
HON. SAUNDRA BROWN ARMSTRONG
UNITED STATED DISTRICT COURT JUDGE

4

Stipulation of Plaintiff and Defendant to Continue Case
Management Conference / Case No. C 10-04610 SBA
13979537v.2 / 59096-000005